IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02593-WYD-KLM

EDWARD SIMMONS and
MARGARET B. CARSTEN,

      Plaintiffs,

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

      Defendant.

---

## ORDER

---

      THIS MATTER is before the Court on the Stipulation of Dismissal of Plaintiff

Carsten's Claims (Doc. # 38).  After a careful review of the Stipulation, it is

      ORDERED that the Stipulation of Dismissal of Plaintiff Carsten's Claims is

**APPROVED**.  All claims filed by Plaintiff Margaret B. Carsten in this case are

**DISMISSED WITH PREJUDICE**, with the parties to pay their own attorneys' fees and

costs.  Ms. Carsten shall hereafter be taken off the caption.  The claims by Edward

Simmons remain pending.

      Dated:  September 9, 2009

                  BY THE COURT:


                  s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Chief United States District Judge